1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   VERTIS CLAY,                        Case No. 2:24-cv-06875-VBF-PD

12              Petitioner,              **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

13        v.

14
     DOERR, Warden,
15
                Respondent.
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

19   records on file, and the Report and Recommendation of United States

20   Magistrate Judge.  No objections to the Report and Recommendation have

21   been filed.  The Court accepts the Magistrate Judge's Report and adopts it as

22   its own findings and conclusions.

23        Accordingly, Respondent's Motion to Dismiss is granted and the Petition

24   is dismissed for lack of jurisdiction.

25   DATED: ___November 18, 2025___        /s/ Valerie Baker Fairbank

26                                         _____

27                                         HON. VALERIE BAKER FAIRBANK
                                           UNITED STATES DISTRICT JUDGE
28