# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERTIS CLAY,<br><br>        Petitioner,<br><br>   v.<br><br>DOERR, WARDEN,<br><br>        Respondent. | Case No. 2:24-cv-06875-VBF-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed for lack of jurisdiction.

DATED: November 18, 2025

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE